138

897 A.2d 1167

MIDDLETOWN TOWNSHIP

v.

The LANDS OF JOSEF SEEGAR STONE, Executor of the Estate of Sara Seegar Stone, Deceased, Josef Seegar Stone and Francine Lida Stone, Executors of the Estate of Ezra C. Stone, a/k/a Ezra Stone, Deceased, and Josef S. Stone and Francine Lida Stone,

**Petition of Josef Seegar Stone.**

Supreme Court of Pennsylvania.

April 28, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of April, 2006, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether the Commonwealth Court erred in affirming the Order of the Court of Common Pleas of Bucks County overruling [Josef's] Preliminary Objections to Middletown Township's Declaration of Taking? In addressing this issue, the parties are directed to discuss whether the Open Space Lands Act, 32 P.S. § 5001 *et seq.*, imposes any limitations on the exercise of eminent domain by townships; and specifically in this case, the authority of second class townships.